B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Collins, Gary Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Collins, Janet E.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **4789** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **6800** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3248 N Oleander Ave<br>Chicago, IL**<br>ZIPCODE **60634-3229** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3248 N Oleander Ave<br>Chicago, IL**<br>ZIPCODE **60634-3229** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                        Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."     ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1 (Official Form 1) (04/13)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Collins, Gary Robert & Collins, Janet E.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Richard K. Gustafson, II**         10/30/15<br>    Signature of Attorney for Debtor(s)         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1 (Official Form 1) (04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Collins, Gary Robert & Collins, Janet Edith** |

## Signatures

<table>
<tr>
<th>Signature(s) of Debtor(s) (Individual/Joint)</th>
<th>Signature of a Foreign Representative</th>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Gary R Collins*
 Signature of Debtor          **Gary R. Collins**

X *Janet Collins*
 Signature of Joint Debtor     **Janet Collins**

Telephone Number (If not represented by attorney)

*10/30/15*
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
 Signature of Foreign Representative

 Printed Name of Foreign Representative

 Date

</td>
</tr>
<tr>
<th>Signature of Attorney*</th>
<th>Signature of Non-Attorney Petition Preparer</th>
</tr>
<tr>
<td>

X *Richard K Gustafson*
 Signature of Attorney for Debtor(s)

**Richard K. Gustafson, II 6216179**
**Gustafson Legal P.C.**
**2906 Central St Ste 184**
**Evanston, IL  60201-1283**
**(844) 558-5413**
**rickg@gustafsonlc.com**

*10/30/15*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 Printed Name and title, if any, of Bankruptcy Petition Preparer

 Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

 Address

X
 Signature

 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td colspan="2">

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
 Signature of Authorized Individual

 Printed Name of Authorized Individual

 Title of Authorized Individual

 Date

</td>
</tr>
</table>

© 2015 CINgroup 1-866-215-1003 – CINcompass (www.cincompass.com)

**B1D (Official Form 1, Exhibit D) (12/09)**

<div align="center">

**United States Bankruptcy Court**

**Northern District of Illinois, Eastern Division**

</div>

IN RE:                                                                              Case No. _____

**Collins, Gary Robert**                                                 Chapter **7** _____
                              Debtor(s)

<div align="center">

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE**
**CREDIT COUNSELING REQUIREMENT**

</div>

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Gary R. Collins*** _____

Date: **October 30, 2015** _____

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                          Case No.

Collins, Gary Robert                                           Chapter 7

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Gary Collins*

Date: 10/30/15

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                                Case No. _____

**Collins, Janet E.** _____   Chapter **7** _____
                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Janet E. Collins** _____

Date: **October 30, 2015** _____

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1D (Official Form 1, Exhibit D) (12/09)

<div align="center">

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

</div>

IN RE:                                                            Case No. _____

Collins, Janet Edith                                             Chapter **7**

<div align="center">Debtor(s)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case.** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case.** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Janet Collins_

Date: 10/30/15

© 2015 CINgroup, 1 866.216.1003 – CINcompass (www.cincompass.com)

B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                                      Case No. _____

Collins, Gary Robert & Collins, Janet E. _____   Chapter **7** _____
                            Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      259,000.00 | | |
| B - Personal Property | Yes | 5 | $       14,992.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $      303,969.64 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $            0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $       70,997.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $       3,066.54 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $       3,637.44 |
| TOTAL | | 17 | $      273,992.00 | $      374,967.34 | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B 6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                      Case No. _____

Collins, Gary Robert & Collins, Janet E.                                    Chapter **7** _____
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **7,358.02** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **7,358.02** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **3,066.54** |
| Average Expenses (from Schedule J, Line 22) | $ | **3,637.44** |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | **12,594.05** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **44,969.64** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    **0.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **70,997.70** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **115,967.34** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6A (Official Form 6A) (12/07)**

IN RE **Collins, Gary Robert & Collins, Janet E.**      Case No. _____
                                    Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **3248 N Oleander Ave, Chicago, IL 60634-3229**<br>**2 bedroom, 1 bathroom single family house.** | **JTWROS** | **J** | **215,000.00** | **220,838.30** |
| **920 W Irving Park Rd Apt 102, Bensenville, IL 60106-1837**<br>**Residential Condominium located at:  920 W. Irving Park Rd,**<br>**Unit 102, Bensenville, IL  60106** | **JTWROS** | **W** | **44,000.00** | **83,131.34** |
| | | **TOTAL** | **259,000.00** | |

(Report also on Summary of Schedules)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

# Comparative Market Analysis

### Property At:

*Prepared For:*
Gary and Janet Collins

*Prepared By:*
Carlo Chirchirillo
Gateway Realty & Builders Inc.





Office Phone: (773) 775-4440
Direct Line: (708) 372-7501
Personal Fax Number:
Email: carlo@gatewayrealtors.net

# Subject Property

- 30 x 134 Lot Dimensions
- Year Built: 1947
- PIN: 12-24-424-014-0000
- Jefferson Township

**Street Number:** 3248

**Compass Point:** North

**Street Name:** Oleander

**Street Suffix:** Avenue

**City:** chicago

**State:** Illinois

**Zip Code:** 60634

**# Rooms:** 4

**Bedrooms:** 2

**# Full Baths:** 1

**# Half Baths:** 0

**Lot Size:** Less Than .25 Acre

**Approx Sq Ft:** 1030

**Type Detached:** 2 Stories

**Master Bedroom Size:** 20x11

**Basement Description:** Finished

**Garage Details:** Garage Door Opener(s), Transmitter(s)

**Parking Details:** Off Alley

**Exterior Building Type:** Brick

**Elementary Sch Dist:** 299

**High Sch Dist:** 299

# Market Analysis Summary

## *Recently Sold*

**Comparables**

| MLS # | Stat | Address | List Price | Sold Pr | Clsd Dt | # Rms | Beds | Baths | LMT | MT |
|-------|------|---------|-----------|---------|---------|-------|------|-------|-----|-----|
| 08874381 | **CLSD** | 3633 N Cumberland AVE | $190,000 | $190,000 (S) | 07/31/2015 | 5 | 2 | 2 | 18 | 246 |
| 08833103 | **CLSD** | 3738 N Paris AVE | $210,000 | $200,000 | 04/28/2015 | 9 | 2 | 2 | 31 | 163 |
| 08768466 | **CLSD** | 3216 N NEW ENGLAND AVE | $197,900 | $210,000 (F) | 05/15/2015 | 7 | 2 | 2 | 100 | 100 |

**Statistics**                                                                                      Total Properties: 3

| | List Price | Sold Pr | ASF | Beds | Baths | LMT | MT |
|--|-----------|---------|-----|------|-------|-----|-----|
| **Minimum** | $190,000 | $190,000 | 1048 | 2 | 2 | 18 | 100 |
| **Maximum** | $210,000 | $210,000 | 1096 | 2 | 2 | 100 | 246 |
| **Average** | $199,300 | $200,000 | 1073 | 2 | 2 | 50 | 170 |

Sold properties closed averaging 100.35% of their Final List Price (FLP).
This reflects a 0.35% difference between property sale prices and their FLP's.

# Market Analysis Summary (continued)

## *Pending Sale*

**Comparables**

| MLS # | Stat | Address | List Price | # Rms | Beds | Baths | LMT | MT |
|-------|------|---------|-----------|-------|------|-------|-----|-----|
| 08993848 | CTG | 3233 N OKETO AVE | $194,900 | 7 | 3 | 1.2 | 30 | 284 |

**Statistics**                                                                Total Properties: 1

|  | List Price | ASF | Beds | Baths | LMT | MT |
|--|-----------|-----|------|-------|-----|-----|
| Minimum | $194,900 | 1300 | 3 | 1.2 | 30 | 284 |
| Maximum | $194,900 | 1300 | 3 | 1.2 | 30 | 284 |
| Average | $194,900 | 1300 | 3 | 1 | 30 | 284 |

Prepared By: Carlo Chirchirillo Gateway Realty &Builders Inc.

# Market Analysis Summary (continued)

## *Currently for Sale*

**Comparables**

| MLS # | Stat | Address | List Price | # Rms | Beds | Baths | LMT | MT |
|-------|------|---------|-----------|-------|------|-------|-----|-----|
| 09021708 | NEW | 7007 W Henderson ST | $195,000 | 8 | 2 | 1.2 | 2 | 2 |

**Statistics**                                                                 Total Properties: 1

| | List Price | ASF | Beds | Baths | LMT | MT |
|---|-----------|-----|------|-------|-----|-----|
| **Minimum** | $195,000 | 1250 | 2 | 1.2 | 2 | 2 |
| **Maximum** | $195,000 | 1250 | 2 | 1.2 | 2 | 2 |
| **Average** | $195,000 | 1250 | 2 | 1 | 2 | 2 |

Prepared By: Carlo Chirchirillo Gateway Realty &Builders Inc.

**Detached Single**
MLS #:**08874381**     List Price:**$190,000**
Status:**CLSD**     List Date:**03/27/2015**     Orig List Price:**$190,000**
Area:**8017**     List Dt Rec:**03/27/2015**     Sold Price:**$190,000 (S)**
Address:**3633 N Cumberland Ave , Chicago, Illinois 60634**
Directions:**Addison to Cumberland North to property**
Lst. Mkt. Time:**18**
Closed:**07/31/2015**     Contract:**04/13/2015**     Points:
Off Market:**04/13/2015**     Financing:**FHA**     Contingency:
Year Built:**1950**     Blt Before 78:**Yes**     Curr. Leased:
Dimensions:**3450**
Ownership:**Fee Simple**     Subdivision:     Model:
Corp Limits:**Chicago**     Township:**Jefferson**     County:**Cook**
Coordinates:**N:3600**     # Fireplaces:
**W:8400**
Rooms:**5**     Bathrooms:**2 / 0**     Parking:**Garage**
(full/half):
Bedrooms:**2**     Master Bath:**None**     # Spaces:**Gar:2**
Basement:**Full**     Bsmnt. Bath:**No**     Parking Incl.**Yes**
In Price:

Utility Costs:



Remarks:     **Great two bedroom house that needs a little TLC. This a short sale, allow time for lender approval. Lender has approved this price.**

**School Data**
Elementary:**(299)**
Junior High:**(299)**
High School:**(299)**
Other:

| Assessments | Tax | Miscellaneous |
|---|---|---|
| Amount:**$0** | Amount:**$3,251.81** | Waterfront:**No** |
| Frequency:**Not Applicable** | PIN:**12232240080000 (Map)** | Appx SF:**1075** |
| | | SF Source:**Assessor** |
| | Mult PINs:**No** | Acreage: |
| Special Assessments:**No** | Tax Year:**2013** | |
| Special Service Area:**No** | Tax Exmps:**Homeowner** | |
| Master Association:**No** | | |

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | **18X13** | **Main Level** | | | Master Bedroom | **16X15** | **2nd Level** | | |
| Dining Room | **COMBO** | **Main Level** | | | 2nd Bedroom | **12X10** | **Main Level** | | |
| Kitchen | **11X9** | **Main Level** | | | 3rd Bedroom | | **Not Applicable** | | |
| Family Room | | **Not Applicable** | | | 4th Bedroom | | **Not Applicable** | | |
| Laundry Room | | | | | | | | | |

Interior Property Features:
Exterior Property Features:

Age:**61-70 Years**     Additional Rooms:**No additional rooms**     Roof:
Type:**1.5 Story**     Garage Ownership:**Owned**     Sewer:**Sewer-Public**
Style:     Garage On Site:**Yes**     Water:**Lake Michigan, Public**
Exterior:**Brick**     Garage Type:**Detached**     Const Opts:
Air Cond:**Central Air**     Garage Details:     General Info:**School Bus Service, Interstate Access**
Heating:**Gas, Forced Air**     Parking Ownership:
Kitchen:     Parking On Site:     Amenities:
Appliances:     Parking Details:     Asmt Incl:**None**
Dining:     Driveway:     HERS Index Score:
Attic:     Foundation:     Green Discl:
Basement Details:**Partially Finished**     Exst Bas/Fnd:     Green Rating Source:
Bath Amn:     Disability Access:**No**     Green Feats:
Fireplace Details:     Disability Details:     Sale Terms:
Fireplace Location:     Exposure:     Possession:**Closing**
Electricity:**Circuit Breakers**     Lot Size:**Less Than .25 Acre**     Occ Date:
Equipment:     Lot Desc:     Addl. Sales Info.:**Short Sale**
     Agent Owned/Interest:**No**

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

MLS #:  08874381     Prepared By: Carlo Chirchirillo | Gateway Realty & Builders Inc. | Cell: (708) 372-7501 | Email: carlo@gatewayrealtors.net |
08/25/2015 10:13 PM

**Detached Single** MLS #:**08993848** List Price:**$194,900**

Status:**CTG** List Date:**07/27/2015** Orig List Price:**$194,900**
Area:**8017** List Dt Rec:**07/27/2015** Sold Date:
Address:**3233 N Oketo Ave , Chicago, Illinois 60634**
Directions:**Belmont to School W to Oketo S to property address**

Lst. Mkt. Time:**30**

Closed: Contract:**08/14/2015** Points:
Off Market: Financing: Contingency:**A/I**
Year Built:**1927** Blt Before 78:**Yes** Curr. Leased:
Dimensions:**30X85**
Ownership:**Fee Simple** Subdivision:**Belmont Heights** Model:

Corp Limits:**Chicago** Township:**Jefferson** County:**Cook**
Coordinates:**N:3233 W:7400** # Fireplaces:

Rooms:**7** Bathrooms:**1 / 2** (full/half): Parking:**Garage**

Bedrooms:**3** Master Bath:**None** # Spaces:**Gar:1**
Basement:**Full** Bsmnt. Bath:**Yes** Parking Incl. Yes
In Price:

Utility Costs:

Remarks:   **Great opportunity to own a single family home in Belmont Heights! Home feature newer siding, mechanicals and windows. Open floor plan w/bay LR window&hardwood floors. Large eat in kitchen. Second floor w/bedroom, powder room&den. Full unfinished basement w/half bath&laundry waiting for your finishing ideas. Side drive. 1.5 car garage w/newer overhead door. Deck. Conveniently located near schools&shops. Sold "as-is". EZ to show.**

**School Data**
Elementary:**(299)**
Junior High:**(299)**
High School:**(299)**
Other:

| Assessments | Tax | Miscellaneous |
|---|---|---|
| Amount:**$0** | Amount:**$2,742.39** | Waterfront:**No** |
| Frequency:**Not Applicable** | PIN:**12244280050000** *(Map)* | Appx SF:**1300** |
| | Mult PINs: | SF Source:**Estimated** |
| Special Assessments:**No** | Tax Year:**2014** | Acreage: |
| Special Service Area:**No** | Tax Exmps:**None** | |
| Master Association:**No** | | |

| Room Name Size | Level | Flooring | Win Trmt | Room Name Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|
| Living Room**12X11** | **Main Level** | **Hardwood** | | Master Bedroom**14X12** | **2nd Level** | **Wood Laminate** | |
| Dining Room**11X11** | **Main Level** | **Hardwood** | | 2nd Bedroom**12X10** | **Main Level** | **Hardwood** | |
| Kitchen**16X11** | **Main Level** | **Vinyl** | | 3rd Bedroom**10X10** | **2nd Level** | **Wood Laminate** | |
| Family Room | | **Not Applicable** | | 4th Bedroom | | **Not Applicable** | |
| Laundry Room | | | | Den**18X13** | **2nd Level** | **Wood Laminate** | |

Interior Property Features:
Exterior Property Features:

Age:**81-90 Years** / Additional Rooms:**Den** / Roof:**Asphalt/Glass (Shingles)**
Type:**1.5 Story** / Garage Ownership:**Owned** / Sewer:**Sewer-Public, Sewer-Storm**
Style:**Bungalow** / Garage On Site:**Yes** / Water:**Lake Michigan**
Exterior:**Vinyl Siding** / Garage Type:**Detached** / Const Opts:
Air Cond:**Central Air** / Garage Details:**Transmitter(s)** / General Info:**None**
Heating:**Gas, Forced Air** / Parking Ownership: / Amenities:
Kitchen:**Eating Area-Table Space** / Parking On Site: / Asmt Incl:**None**
Appliances:**Oven/Range, Dishwasher, Refrigerator, Washer, Dryer** / Parking Details: / HERS Index Score:
Dining:**Combined w/ LivRm** / Driveway:**Side Drive** / Green Discl:
Attic: / Foundation:**Concrete** / Green Rating Source:
Basement Details:**Unfinished** / Exst Bas/Fnd: / Green Feats:
Bath Amn: / Disability Access:**No** / Sale Terms:**Conventional, Cash Only**
Fireplace Details: / Disability Details: / Possession:**Immediate**
Fireplace Location: / Exposure:**N (North), S (South), E (East), W (West)** / Occ Date:
Electricity:**Circuit Breakers, 100 Amp Service** / Lot Size:**Standard Chicago Lot** / Addl. Sales Info.:**None**
Equipment:**CO Detectors, Ceiling Fan** / Lot Desc: / Agent Owned/Interest:**No**

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

MLS #: 08993848

Prepared By: Carlo Chirchirillo | Gateway Realty & Builders Inc. | Cell: (708) 372-7501 | Email: carlo@gatewayrealtors.net |
08/25/2015 10:13 PM

**Detached Single**   MLS #: 09021708   List Price: **$195,000**
Status: **NEW**   List Date: **08/24/2015**   Orig List Price: **$195,000**
Area: **8017**   List Dt Rec: **08/25/2015**   Sold Price:
Address: **7007 W Henderson St , Chicago, Illinois 60634**
Directions: **Harlem to Belmont E to Sayre N to Henderson W to Home**
Lst. Mkt. Time: **2**

| | | |
|---|---|---|
| Closed: | Contract: | Points: |
| Off Market: | Financing: | Contingency: |
| Year Built: **1950** | Blt Before 78: **Yes** | Curr. Leased: |
| Dimensions: **30X125** | Subdivision: | Model: |
| Ownership: **Fee Simple** | Township: **Jefferson** | County: **Cook** |
| Corp Limits: **Chicago** | | # Fireplaces: |
| Coordinates: **N:3300 W:7007** | | Parking: **Garage** |
| Rooms: **8** | Bathrooms **1 / 2** (full/half) | |
| Bedrooms: **2** | Master Bath: **None** | # Spaces: **Gar:2** |
| Basement: **Full** | Bsmnt. Bath: **Yes** | Parking Incl. **Yes** |
| Utility Costs: | | In Price: |

Remarks:   **Sold before print**

**School Data**
Elementary: **(299)**
Junior High: **(299)**
High School: **(299)**
Other:

| Assessments | Tax | Miscellaneous |
|---|---|---|
| Amount: **$0** | Amount: **$4,873.34** | Waterfront: **No** |
| Frequency: **Not Applicable** | PIN: **13193210120000** *(Map)* | Appx SF: **1250** |
| | | SF Source: **Estimated** |
| Special Assessments: **No** | Mult PINs: | Acreage: |
| Special Service Area: **No** | Tax Year: **2014** | |
| Master Association: **No** | Tax Exmps: | |

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | 18X14 | Main Level | Hardwood | | Master Bedroom | 14X11 | Main Level | Hardwood | |
| Dining Room | 11X11 | Main Level | Hardwood | | 2nd Bedroom | 11X10 | Main Level | Hardwood | |
| Kitchen | 11X10 | Main Level | Ceramic Tile | | 3rd Bedroom | | Not Applicable | | |
| Family Room | 22X13 | Basement | Wood Laminate | | 4th Bedroom | | Not Applicable | | |
| Laundry Room | | | | | | | | | |
| Loft | 14X22 | 2nd Level | Carpet | | Other | 9X10 | Basement | Carpet | |
| | | | | | Office | 11X12 | Basement | Carpet | |

Interior Property Features:  **Hardwood Floors**
Exterior Property Features:

| | | |
|---|---|---|
| Age: **61-70 Years** | Additional Rooms: **Loft, Office, Other** | Roof: **Asphalt/Glass (Shingles)** |
| Type: **1.5 Story** | Garage Ownership: **Owned** | Sewer: **Sewer-Public** |
| Style: **English** | Garage On Site: **Yes** | Water: **Public** |
| Exterior: **Brick** | Garage Type: **Detached** | Const Opts: |
| Air Cond: **Central Air** | Garage Details: | General Info: **None** |
| Heating: **Gas, Forced Air** | Parking Ownership: | Amenities: |
| Kitchen: **Eating Area-Table Space** | Parking On Site: | Asmt Incl: **None** |
| Appliances: | Parking Details: | HERS Index Score: |
| Dining: **Separate** | Driveway: | Green Discl: |
| Attic: | Foundation: **Concrete** | Green Rating Source: |
| Basement Details: **Finished** | Exst Bas/Fnd: | Green Feats: |
| Bath Amn: | Disability Access: **No** | Sale Terms: |
| Fireplace Details: | Disability Details: | Possession: **Closing** |
| Fireplace Location: | Exposure: | Occ Date: |
| Electricity: | Lot Size: **Less Than .25 Acre** | Addl. Sales Info.: **Short Sale** |
| Equipment: | Lot Desc: | Agent Owned/Interest: **No** |

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

MLS #: 09021708   Prepared By: Carlo Chirchirillo | Gateway Realty & Builders Inc. | Cell: (708) 372-7501 | Email: carlo@gatewayrealtors.net
| 08/25/2015 10:13 PM



**Detached Single**          MLS #: **08833103**                    List Price: **$210,000**
Status: **CLSD**          List Date: **02/06/2015**    Orig List Price: **$210,000**
Area: **8017**          List Dt Rec: **02/06/2015**          Sold Price: **$200,000**
Address: **3738 N Paris Ave , Chicago, Illinois 60634**
Directions: **Irving Park Road East of Cumberland to Paris south to home**
                                                              Lst. Mkt. Time: **31**
Closed: **04/28/2015**          Contract: **03/08/2015**          Points:
Off Market: **03/08/2015**          Financing: **Conventional**    Contingency:
Year Built: **1950**          Blt Before 78: **Yes**          Curr. Leased: **No**
Dimensions: **34X123**
Ownership: **Fee Simple**          Subdivision:          Model:
Corp Limits: **Chicago**          Township: **Jefferson**          County: **Cook**
Coordinates: **N:3738**                                        # Fireplaces:
            **W:8132**
Rooms: **9**          Bathrooms **2 / 0**          Parking: **Garage**
                              (full/half):
Bedrooms: **2+1 bsmt**    Master Bath: **None**          # Spaces: **Gar:2**
Basement: **Full**          Bsmnt. Bath: **Yes**          Parking Incl. **Yes**
                                                              In Price:

Utility Costs:

Remarks:    **Well kept ranch home features large living and separate dining room (hardwood under the carpet), newer windows, furnace and stainless steel washer and dryer. Lovely yard leads to 2 car garage. Tandem room off second bedroom can be used as a third bedroom. Basement is finished with additional bedroom and full bath. Excellent location for shopping and transportation.**

**School Data**
Elementary: **(299)**
Junior High: **(299)**
High School: **(299)**
Other:

| Assessments | | Tax | | Miscellaneous | |
|---|---|---|---|---|---|
| Amount: **$0** | | Amount: **$1,073.53** | | Waterfront: **No** | |
| Frequency: **Not Applicable** | | PIN: **12232200620000 (Map)** | | Appx SF: **1048** | |
| | | Mult PINs: **No** | | SF Source: **Assessor** | |
| Special Assessments: **No** | | Tax Year: **2013** | | Acreage: | |
| Special Service Area: **No** | | Tax Exmps: **Homeowner, Senior, Senior Freeze** | | | |
| Master Association: **No** | | | | | |

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | 16X12 | Main Level | Carpet | Blinds, Curtains/Drapes | Master Bedroom | 12X10 | Main Level | Hardwood | Blinds, Curtains/Drapes |
| Dining Room | 11X10 | Main Level | Carpet | Curtains/Drapes | 2nd Bedroom | 12X9 | Main Level | Hardwood | Blinds, Curtains/Drapes |
| Kitchen | 10X10 | Main Level | Vinyl | Curtains/Drapes | 3rd Bedroom | 12X11 | Basement | Other | |
| Family Room | | Not Applicable | | | 4th Bedroom | | Not Applicable | | |
| Laundry Room | | | | | | | | | |
| Tandem Room | 12X11 | Main Level | Carpet | Blinds, Curtains/Drapes | Recreation Room | 15X11 | Basement | Other | |
| Office | 12X9 | Basement | Other | | | | | | |

Interior Property Features:
Exterior Property Features:  **Patio**

Age: **61-70 Years**
Type: **1 Story**
Style: **Ranch**
Exterior: **Brick**
Air Cond: **Central Air**
Heating: **Gas, Forced Air**
Kitchen: **Eating Area-Table Space**
Appliances: **Oven/Range, Refrigerator, Washer, Dryer**
Dining: **Separate**
Attic: **Pull Down Stair**
Basement Details: **Partially Finished**
Bath Amn:
Fireplace Details:
Fireplace Location:
Electricity: **Circuit Breakers**
Equipment:

Additional Rooms: **Office, Recreation Room, Tandem Room**
Garage Ownership: **Owned**
Garage On Site: **Yes**
Garage Type: **Detached**
Garage Details: **Garage Door Opener(s), Transmitter(s)**
Parking Ownership:
Parking On Site:
Parking Details:
Driveway: **Concrete**
Foundation: **Concrete**
Exst Bas/Fnd:
Disability Access: **No**
Disability Details:
Exposure:
Lot Size: **Oversized Chicago Lot**
Lot Desc:

Roof: **Asphalt/Glass (Shingles)**
Sewer: **Sewer-Public**
Water: **Lake Michigan**
Const Opts:
General Info: **None**
Amenities:
Asmt Incl: **None**
HERS Index Score:
Green Discl:
Green Rating Source:
Green Feats:
Sale Terms:
Possession: **Closing**
Occ Date:
Addl. Sales Info.: **List Agent Must Accompany**
Agent Owned/Interest: **No**

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

**Detached Single**

| | | |
|---|---|---|
| Status: **CLSD** | MLS #: **08768466** | List Price: **$197,900** |
| Area: **8017** | List Date: **11/04/2014** | Orig List Price: **$199,900** |
| Address: **3216 N New England Ave , Chicago, Illinois 60634** | List Dt Rec: **11/04/2014** | Sold Price: **$210,000 (F)** |
| Directions: **(N) OF BELMONT, (W) OF OAK PARK, (E) OF HARLEM** | | |

Lst. Mkt. Time: **100**

| | | |
|---|---|---|
| Closed: **05/15/2015** | Contract: **02/11/2015** | Points: |
| Off Market: **02/11/2015** | Financing: **FHA** | Contingency: |
| Year Built: **1939** | Blt Before 78: **Yes** | Curr. Leased: **No** |
| Dimensions: **0.09** | | |
| Ownership: **Fee Simple** | Subdivision: **Schorsch Village** | Model: |
| Corp Limits: **Chicago** | Township: **Jefferson** | County: **Cook** |
| Coordinates: **N:3227 W:6900** | | # Fireplaces: |
| Rooms: **7** | Bathrooms **2 / 0** | Parking: **Garage** |
| | (full/half): | |
| Bedrooms: **2+1 bsmt** | Master Bath: **None** | # Spaces: **Gar:2** |
| Basement: **Full** | Bsmnt. Bath: **Yes** | Parking Incl: **Yes** |
| | | In Price: |

Utility Costs:

Remarks:    Great english tudor. 2 bedrooms, full bath plus sun room/office on the main level, specious LR connected with dining. 1bed and full bath in the basement. Property feature 2 car detached garage, fenced backyard,nice hardwood floors on main level, unfinished attic. Located close to parks, shopping.This is a Fannie Mae HomePath property.SEE ADDIT DOCS FOR MULTIPLE OFFER SHEET&OFFER INSTRUCTIONS.

**School Data**
Elementary: **Josephine Locke (299)**
Junior High: **Josephine Locke (299)**
High School: **Steinmetz Academic Centre Senior (299)**
Other:

| Assessments | Tax | Miscellaneous |
|---|---|---|
| Amount: **$0** | Amount: **$3,400** | Waterfront: **No** |
| Frequency: **Not Applicable** | PIN: **13193320710000** | Appx SF: **1096** |
| | **(Map)** | SF Source: **Estimated** |
| Special Assessments: **No** | Mult PINs: **No** | Acreage: |
| Special Service Area: **No** | Tax Year: **2012** | |
| Master Association: **No** | Tax Exmps: | |

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | **17X13** | **Main Level** | | | Master Bedroom | **15X12** | **Main Level** | | |
| Dining Room | **COMBO** | **Main Level** | | | 2nd Bedroom | **13X13** | **Main Level** | | |
| Kitchen | **13X11** | **Main Level** | | | 3rd Bedroom | **10X10** | **Basement** | | |
| Family Room | | **Not Applicable** | | | 4th Bedroom | | **Not Applicable** | | |
| Laundry Room | | | | | | | | | |
| Office | **7X8** | **Main Level** | | | | | | | |

Interior Property Features:

Exterior Property Features:

| | | |
|---|---|---|
| Age: **71-80 Years** | Additional Rooms: **Office** | Roof: |
| Type: **1.5 Story** | Garage Ownership: **Owned** | Sewer: **Sewer-Public** |
| Style: | Garage On Site: **Yes** | Water: **Lake Michigan** |
| Exterior: **Brick** | Garage Type: **Detached** | Const Opts: |
| Air Cond: **Central Air** | Garage Details: | General Info: **None** |
| Heating: **Gas** | Parking Ownership: | Amenities: |
| Kitchen: | Parking On Site: | Asmt Incl: **None** |
| Appliances: | Parking Details: | HERS Index Score: |
| Dining: | Driveway: | Green Discl: |
| Attic: | Foundation: | Green Rating Source: |
| Basement Details: **Finished** | Exst Bas/Fnd: | Green Feats: |
| Bath Amn: | Disability Access: **No** | Sale Terms: |
| Fireplace Details: | Disability Details: | Possession: **Closing** |
| Fireplace Location: | Exposure: | Occ Date: |
| Electricity: **Circuit Breakers** | Lot Size: **Less Than .25 Acre** | Addl. Sales Info.: **None** |
| Equipment: | Lot Desc: | Agent Owned/Interest: **No** |

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

# Comparables

| | Subject Property | Comp #1 | Adjustment | Comp #2 | Adjustment | Comp #3 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| Address: | 3248 N Oleander AVE chicago, Illinois 60634 | 3633 N Cumberland AVE Chicago, Illinois 60634 | | 3738 N Paris AVE Chicago, Illinois 60634 | | 3216 N NEW ENGLAND AVE Chicago, Illinois 60634 | |
| MLS #: | | 08874381 | | 08833103 | | 08768466 | |
| Status: | | CLSD | | CLSD | | CLSD | |
| List Price: | | $190, 000 | | $210, 000 | | $197, 900 | |
| Sold Price: | | $190, 000 (S) | | $200, 000 | | $210, 000 (F) | |
| Closed Date: | | 07/31/2015 | | 04/28/2015 | | 05/15/2015 | |
| Market Time: | | 246 | | 163 | | 100 | |
| # Rooms: | 4 | 5 | | 9 | | 7 | |
| Bedrooms: | 2 | 2 | | 2 | | 2 | |
| # Full Baths: | 1 | 2 | | 2 | | 2 | |
| # Half Baths: | 0 | 0 | | 0 | | 0 | |
| Subdivision: | | | | | | Schorsch Village | |
| Lot Size: | Less Than .25 Acre | Less Than .25 Acre | | Oversized Chicago Lot | | Less Than .25 Acre | |
| Approx Sq Ft: | 1030 | 1075 | | 1048 | | 1096 | |
| Type Detached: | 2 Stories | 1.5 Story | | 1 Story | | 1.5 Story | |
| Dining Room: | | | | Separate | | | |
| Living Room Size: | | 18X13 | | 16X12 | | 17X13 | |
| Master Bedroom Size: | 20x11 | 16X15 | | 12X10 | | 15X12 | |
| Model: | | | | | | | |
| Basement Description: | Finished | Partially Finished | | Partially Finished | | Finished | |
| Garage Details: | Garage Door Opener(s), Transmitter(s) | | | Garage Door Opener(s), Transmitter(s) | | | |
| Parking Details: | Off Alley | | | | | | |
| Age: | | 61-70 Years | | 61-70 Years | | 71-80 Years | |
| Exterior Building Type: | Brick | Brick | | Brick | | Brick | |
| Elementary Sch Dist: | 299 | 299 | | 299 | | 299 | |
| High Sch Dist: | 299 | 299 | | 299 | | 299 | |
| Short Sale/Foreclosed/Court Approved: | | S | | N/A | | F | |
| Total Adjustments: | | | $0 | | $0 | | $0 |
| Adjusted Price: | | | $190000 | | $200000 | | $210000 |

Prepared By: Carlo Chirchirillo Gateway Realty &Builders Inc.

# Comparables (continued)

| | Subject Property | Comp #4 | Adjustment | Comp #5 | Adjustment |
|---|---|---|---|---|---|
| | No Photo Available |  | |  | |
| Address: | 3248 N Oleander AVE chicago, Illinois 60634 | 3233 N OKETO AVE Chicago, Illinois 60634 | | 7007 W Henderson ST Chicago, Illinois 60634 | |
| MLS #: | | 08993848 | | 09021708 | |
| Status: | | CTG | | NEW | |
| List Price: | | $194, 900 | | $195, 000 | |
| Sold Price: | | | | | |
| Closed Date: | | | | | |
| Market Time: | | 284 | | 2 | |
| # Rooms: | 4 | 7 | | 8 | |
| Bedrooms: | 2 | 3 | | 2 | |
| # Full Baths: | 1 | 1 | | 1 | |
| # Half Baths: | 0 | 2 | | 2 | |
| Subdivision: | | Belmont Heights | | | |
| Lot Size: | Less Than .25 Acre | Standard Chicago Lot | | Less Than .25 Acre | |
| Approx Sq Ft: | 1030 | 1300 | | 1250 | |
| Type Detached: | 2 Stories | 1.5 Story | | 1.5 Story | |
| Dining Room: | | Combined w/ LivRm | | Separate | |
| Living Room Size: | | 12X11 | | 18X14 | |
| Master Bedroom Size: | 20x11 | 14X12 | | 14X11 | |
| Model: | | | | | |
| Basement Description: | Finished | Unfinished | | Finished | |
| Garage Details: | Garage Door Opener(s), Transmitter(s) | Transmitter(s) | | | |
| Parking Details: | Off Alley | | | | |
| Age: | | 81-90 Years | | 61-70 Years | |
| Exterior Building Type: | Brick | Vinyl Siding | | Brick | |
| Elementary Sch Dist: | 299 | 299 | | 299 | |
| High Sch Dist: | 299 | 299 | | 299 | |
| Short Sale/Foreclosed/Court Approved: | | | | | |
| Total Adjustments: | | | $0 | | $0 |
| Adjusted Price: | | | $194900 | | $195000 |

Prepared By: Carlo Chirchirillo Gateway Realty &Builders Inc.

# Seller's Statement
## Property At:

### Prepared For: Gary and Janet Collins

### Suggested Market Range:  $200,000  to  $215,000

# Comparative Market Analysis

## Property At:

*Prepared For:*
Gary and Janet Collins

*Prepared By:*
Carlo Chirchirillo
Gateway Realty & Builders Inc.





Office Phone: (773) 775-4440
Direct Line: (708) 372-7501
Personal Fax Number:
Email: carlo@gatewayrealtors.net

# Subject Property

**Street Number:** 920

**Compass Point:** West

**Street Name:** Irving Park Rd.

**Unit Number:** 102

**City:** Bensenville

**State:** Illinois

**Zip Code:** 60106

**# Rooms:** 3

**# Bedrooms:** 1

**# Full Baths:** 1

**Subdivision:** Bensenville Terrace Condominiu

**Total # Units in Building:** 12

**Unit Floor Level:** 1

**Approx Sq Ft:** 600

**Assessment/Association Dues $:** 325

**Type Attached:** Condo

**Living Room Size:** 19x13

**Master Bedroom Size:** 16x12

**Garage Details:** Garage Door Opener(s), Transmitter(s)

**Age:** 31-40 Years

**Exterior Building Type:** Brick

**Elementary Sch Dist:** 2

**High Sch Dist:** 100

# Market Analysis Summary

## *Recently Sold*

**Comparables**

| MLS # | Stat | Address | List Price | Sold Pr | Clsd Dt | # Rms | Beds | Baths | LMT | MT |
|---|---|---|---|---|---|---|---|---|---|---|
| 08586634 | **CLSD** | 1003 ARGYLE ST 12A | $37,000 | $37,100 (F) | 07/02/2014 | 3 | 1 | 1 | 30 | 30 |
| 08177978 | **CLSD** | 100 N MASON ST 105 | $40,000 | $39,000 (S) | 09/27/2013 | 4 | 1 | 1 | 219 | 219 |
| 08451777 | **CLSD** | 926 W IRVING PARK RD 108 | $44,900 | $40,000 (F) | 11/18/2013 | 3 | 1 | 1 | 36 | 36 |
| 08620807 | **CLSD** | 1003 ARGYLE ST 1A | $54,900 | $44,000 | 09/26/2014 | 3 | 1 | 1 | 110 | 110 |
| 08757009 | **CLSD** | 924 W Irving Park RD 106 | $41,500 | $44,000 (F) | 11/28/2014 | 3 | 1 | 1 | 18 | 82 |

**Statistics**                                                                 Total Properties: 5

| | List Price | Sold Pr | ASF | Beds | Baths | LMT | MT |
|---|---|---|---|---|---|---|---|
| **Minimum** | $37,000 | $37,100 | 0 | 1 | 1 | 18 | 30 |
| **Maximum** | $54,900 | $44,000 | 762 | 1 | 1 | 219 | 219 |
| **Average** | $43,660 | $40,820 | 292 | 1 | 1 | 83 | 95 |

Sold properties closed averaging 93.5% of their Final List Price (FLP).
This reflects a 6.5% difference between property sale prices and their FLP's.

Prepared By: Carlo Chirchirillo Gateway Realty &Builders Inc.

| | | |
|---|---|---|
| **Attached Single** MLS #:**08586634** | | List Price:**$37,000** |
| Status:**CLSD** | List Date:**04/15/2014** | Orig List Price:**$37,000** |
| Area:**106** | List Dt Rec:**04/15/2014** | Sold Price:**$37,100 (F)** |
| | | SP Incl.:**Yes** |
| | | Parking: |

Address:**1003 Argyle St Unit 12A, Bensenville, Illinois 60106**
Directions:**E ON IRVING PARK, N TO MARSHALL, E TO ARGYLE ST.**

| | | |
|---|---|---|
| | | Lst. Mkt. Time:**30** |
| Closed:**07/02/2014** | Contract:**05/14/2014** | Points: |
| Off Mkt:**05/14/2014** | Financing:**Cash** | Contingency: |
| Year Built:**1959** | Blt Before 78:**Yes** | Curr. Leased:**No** |
| Dimensions:**0** | | |
| Ownership:**Condo** | Subdivision: | Model: |
| Corp Limits:**Bensenville** | Township:**Addison** | County:**DuPage** |
| Coordinates:**N: S: E: W:** | | # Fireplaces: |
| Rooms:**3** | Bathrooms**1/0** | Parking:**Exterior Space(s)** |
| | (Full/Half): | |
| Bedrooms:**1** | Master Bath:**Full** | # Spaces:**Ext:2** |
| Basement:**None** | Bsmnt. Bath:**No** | Parking Incl.**Yes** In Price: |
| Waterfront:**No** | Appx SF:**762** | SF Source:**Appraiser** |
| Total Units:**24** | Unit Floor Lvl.:**3** | # Days for |
| # Stories:**3** | | Bd Apprvl:**0** |
| % Own. Occ.: | % Cmn. Own.: | Fees/Approvals: |

Remarks:    **This 1 bedroom and one full bathroom condo on the 3rd floor won't last long! Nice, eat-in kitchen, walk-in closet and oversized bedroom makes this your perfect new home.**

### School Data
Elementary:**(2)**
Junior High:**(2)**
High School:**(100)**
Other:



| Assessments | Tax | Pet Information |
|---|---|---|
| Amount:**$243** | Amount:**$1,832.28** | Pets Allowed:**Cats OK, Dogs OK** |
| Frequency:**Monthly** | PIN:**0311318012 (Map)** | |
| Special Assessments:**No** | Tax Year:**2012** | Max Pet Weight:**0** |
| Special Service Area:**No** | Tax Exmps:**Homeowner** | |
| Master Association:**No** | Coop Tax Deduction: | |
| | Tax Deduction Year: | |

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | **19X13** | **Main Level** | **Carpet** | | Master Bedroom | **16X12** | **Main Level** | **Carpet** | |
| Dining Room | | **Not Applicable** | | | 2nd Bedroom | | **Not Applicable** | | |
| Kitchen | **13X12** | **Main Level** | | | 3rd Bedroom | | **Not Applicable** | | |
| Family Room | | **Not Applicable** | | | 4th Bedroom | | **Not Applicable** | | |
| Laundry Room | | | | | Walk In Closet | **6X4** | **Main Level** | | |

Interior Property Features:
Exterior Property Features:

| | | |
|---|---|---|
| Age:**51-60 Years** | Garage Ownership: | Sewer:**Sewer-Public** |
| Type:**Condo** | Garage On Site: | Water:**Lake Michigan** |
| Exposure: | Garage Type: | Const Opts: |
| Exterior:**Brick** | Garage Details: | General Info:**None** |
| Air Cond:**1 (Window/Wall Unit)** | Parking Ownership: | Amenities:**Coin Laundry, Storage, Curbs/Gutters, Sidewalks** |
| Heating:**Gas, Hot Water/Steam** | Parking On Site:**Yes** | |
| Kitchen: | Parking Details: | Asmt Incl:**Exterior Maintenance, Lawn Care, Snow Removal** |
| Appliances: | Parking Fee (High/Low): **/** | |
| Dining: | Driveway: | HERS Index Score: |
| Bath Amn: | Basement Details:**None** | Green Disc: |
| Fireplace Details: | Foundation: | Green Rating Source: |
| Fireplace Location: | Exst Bas/Fnd: | Green Feats: |
| Electricity: | Roof: | Sale Terms: |
| Equipment: | Disability Access:**No** | Possession:**Closing** |
| Additional Rooms:**Walk In Closet** | Disability Details: | Est Occp Date: |
| | Lot Desc: | Management: |
| | | Addl. Sales Info.:**REO/Lender Owned** |
| | | Agent Owned/Interest:**No** |

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

MLS #: 08586634
Prepared By: Carlo Chirchirillo | Gateway Realty & Builders Inc. | Cell: (708) 372-7501 | Email: carlo@gatewayrealtors.net |
08/26/2015 09:17 PM



**Attached Single**   MLS #: **08177978**    List Price: **$40,000**
Status: **CLSD**   List Date: **10/09/2012**   Orig List Price: **$45,900**
Area: **106**   List Dt Rec: **10/11/2012**   Sold Price: **$39,000 (S)**
   SP Incl.: **Yes**
   Parking:
Address: **100 N Mason St Unit 105, Bensenville, Illinois 60106**
Directions: **IRVING PARK WEST OF YORK TO MASON, WEST TO THE BUILDING-RIGHT SIDE OF THE STREET**
   Lst. Mkt. Time: **219**
Closed: **09/27/2013**   Contract: **05/15/2013**   Points:
Off Mkt: **05/15/2013**   Financing: **Cash**   Contingency:
Year Built: **1980**   Blt Before 78: **No**   Curr. Leased: **No**
Dimensions: **COMMON GROUNDS**
Ownership: **Condo**   Subdivision: **Mason Manor**   Model:
Corp Limits: **Bensenville**   Township: **Addison**   County: **DuPage**
Coordinates: **N: S: E: W:**   # Fireplaces:
Rooms: **4**   Bathrooms: **1/0**   Parking: **Exterior Space(s)**
   (Full/Half):
Bedrooms: **1**   Master Bath: **None**   # Spaces: **Ext:1**
Basement: **None**   Bsmnt. Bath:   Parking Incl. **Yes** In Price:
Waterfront: **No**   Appx SF: **0**   SF Source: **Not Reported**
Total Units: **18**   Unit Floor Lvl.: **1**   # Days for Bd Apprvl: **30**
# Stories: **3**
% Own. Occ.: **100**   % Cmn. Own.:   Fees/Approvals:

Remarks:    **VERY NICE FIRST FLOOR CONDO ON A QUIET STREET. HUGE EAT-IN KITCHEN WITH THE TABLE SPACE. PLENTY OF STORAGE. GOOD SIZE PATIO. CLOSE TO TRANSPORTATION AND EXPRESSWAY. VERY CLEAN AND COZY !!!**

**School Data**
Elementary: **W A Johnson (2)**
Junior High: **Blackhawk (2)**
High School: **Fenton (100)**
Other:

| Assessments | | Tax | | Pet Information |
|---|---|---|---|---|
| Amount: **$277** | | Amount: **$1,596.92** | | Pets Allowed: **Cats OK, Dogs OK** |
| Frequency: **Monthly** | | PIN: **0314218005 (Map)** | | |
| Special Assessments: **Yes** | | Tax Year: **2011** | | Max Pet Weight: |
| Special Service Area: **No** | | Tax Exmps: **Homeowner** | | |
| Master Association: **No** | | Coop Tax Deduction: | | |
| | | Tax Deduction Year: | | |

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | 19X15 | Main Level | Carpet | None | Master Bedroom | 14X13 | Main Level | Carpet | None |
| Dining Room | COMBO | Main Level | Carpet | None | 2nd Bedroom | | Not Applicable | | |
| Kitchen | 16X14 | Main Level | Ceramic Tile | None | 3rd Bedroom | | Not Applicable | | |
| Family Room | | Not Applicable | | | 4th Bedroom | | Not Applicable | | |
| Laundry Room | | | | | | | | | |

Interior Property Features:
Exterior Property Features: **Patio**

Age: **31-40 Years, Recent Rehab**   Garage Ownership:   Sewer: **Sewer-Public**
Type: **Condo**   Garage On Site:   Water: **Public**
Exposure: **E (East)**   Garage Type:   Const Opts:
Exterior: **Brick**   Garage Details:   General Info: **School Bus Service**
Air Cond: **2 (Window/Wall Unit)**   Parking Ownership:   Amenities: **Coin Laundry, Storage**
Heating: **Baseboard**   Parking On Site: **Yes**   Asmt Incl: **Heat, Water, Parking, Common Insurance, Exterior Maintenance, Lawn Care, Scavenger, Snow Removal**
Kitchen:   Parking Details: **Assigned Spaces, Off Street**
Appliances: **Oven-Double, Dishwasher, Refrigerator**   Parking Fee (High/Low): **/**
Dining:   Driveway: **Asphalt**   HERS Index Score:
Bath Amn: **Soaking Tub**   Basement Details: **None**   Green Disc:
Fireplace Details:   Foundation: **Concrete**   Green Rating Source:
Fireplace Location:   Exst Bas/Fnd:   Green Feats:
Electricity: **Circuit Breakers**   Roof:   Sale Terms: **Conventional, Cash Only**
Equipment:   Disability Access: **No**   Possession: **Closing, Negotiable**
Additional Rooms: **No additional rooms**   Disability Details:   Est Occp Date:
   Lot Desc:   Management: **Self-Management**
   Addl. Sales Info.: **Short Sale**
   Agent Owned/Interest: **No**

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.



Attached Single MLS #: **08451777**

| | |
|---|---|
| Status: **CLSD** | List Price: **$44,900** |
| Area: **106** | Orig List Price: **$44,900** |
| | List Date: **09/23/2013** |
| | List Dt Rec: **09/23/2013** | 
| | Sold Price: **$40,000 (F)** |
| | SP Incl. **Yes** |
| | Parking: |

Address: **926 W Irving Park Rd Unit 108, Bensenville, Illinois 60106**
Directions: **IRVING PARK RD EAST OF RT 83**

Lst. Mkt. Time: **36**

| | | |
|---|---|---|
| Closed: **11/18/2013** | Contract: **10/28/2013** | Points: |
| Off Mkt: **10/28/2013** | Financing: **Cash** | Contingency: |
| Year Built: **UNK** | Blt Before 78: **Yes** | Curr. Leased: |
| Dimensions: **COMMON** | | |
| Ownership: **Fee Simple w/ HO Assn.** | Subdivision: **Bensenville Terrace** | Model: |
| Corp Limits: **Bensenville** | Township: **Addison** | County: **DuPage** |
| Coordinates: | | # Fireplaces: **0** |
| Rooms: **3** | Bathrooms **1/0** (Full/Half): | Parking: **Garage** |
| Bedrooms: **1** | Master Bath: **None** | # Spaces: **Gar:1** |
| Basement: **None** | Bsmnt. Bath: **No** | Parking Incl. **Yes** In Price: |
| Waterfront: **No** | Appx SF: **0** | SF Source: **Not Reported** |
| Total Units: **12** | Unit Floor Lvl.: **1** | # Days for Bd Apprvl: **0** |
| # Stories: **1** | | Fees/Approvals: |
| % Own. Occ.: | % Com. Own.: | |

Remarks: **LARGE ONE BEDROOM UNIT WITH LARGE MASTER BEDROOM AND HUGE WALK-IN CLOSET. FIRST FLOOR UNIT WITH BALCONY. ONE GARAGE SPACE. NEW APPLIANCES! NEW TILE FLOORING! NEW LIGHT FIXTURES AND KITCHEN CABINET! READY TO MOVE IN! THIS ONE WON'T LAST LONG!** ● To report any concerns with a listing broker/agent or to report any property condition or other concern needing escalation, please call number below.

**School Data**
Elementary: **(20)**
Junior High: **(20)**
High School: **(100)**
Other:

| Assessments | Tax | Pet Information |
|---|---|---|
| Amount: **$325** | Amount: **$1,585** | Pets Allowed: **No Pets** |
| Frequency: **Monthly** | PIN: **0314124040 (Map)** | Max Pet Weight: |
| Special Assessments: **No** | Tax Year: **2012** | |
| Special Service Area: **No** | Tax Exmps: | |
| Master Association: **No** | Coop Tax Deduction: **0** | |
| | Tax Deduction Year: **2012** | |

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | **16X13** | **Main Level** | **Vinyl** | | Master Bedroom | **16X12** | **Main Level** | **Vinyl** | |
| Dining Room | | **Not Applicable** | | | 2nd Bedroom | | **Not Applicable** | | |
| Kitchen | **12X10** | **Main Level** | **Vinyl** | | 3rd Bedroom | | **Not Applicable** | | |
| Family Room | | **Not Applicable** | | | 4th Bedroom | | **Not Applicable** | | |
| Laundry Room | | | | | | | | | |

Interior Property Features:
Exterior Property Features:

Age: **41-50 Years**
Type: **Condo**
Exposure:
Exterior: **Brick**
Air Cond: **1 (Window/Wall Unit)**
Heating: **Gas, Hot Water/Steam**
Kitchen: **Eating Area-Table Space**
Appliances: **Oven/Range, Refrigerator**
Dining:
Bath Amn:
Fireplace Details:
Fireplace Location:
Electricity: **Circuit Breakers**
Equipment:
Additional Rooms: **No additional rooms**

Garage Ownership:
Garage On Site: **Yes**
Garage Type: **Detached**
Garage Details:
Parking Ownership:
Parking on Site:
Parking Details:
Parking Fee (High/Low): /
Driveway:
Basement Details: **None**
Foundation:
Ext Bas/Fnd:
Roof:
Disability Access: **No**
Disability Details:
Lot Desc:

Sewer: **Sewer-Public**
Water: **Lake Michigan**
Const Opts:
General Info: **None**
Amenities: **Park/Playground, Sidewalks, Street Lights, Street Paved**
Asmt Incl: **Water, Parking, Common Insurance, Exterior Maintenance, Lawn Care, Snow Removal**
HERS Index Score:
Green Disc:
Green Rating Source:
Green Feats:
Sale Terms:
Possession: **Closing**
Est Occp Date:
Management: **Self-Management**
Addl. Sales Info.: **REO/Lender Owned**
Agent Owned/Interest: **No**

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

MLS #: 08451777

Prepared By: Carlo Chirchirillo | Gateway Realty & Builders Inc. | Cell: (708) 372-7501 | Email: carlo@gatewayrealtors.net | 08/26/2015 09:17 PM

Attached Single — MLS #: 08620807

| | | |
|---|---|---|
| | List Date: **05/20/2014** | List Price: **$54,900** |
| Status: **CLSD** | Orig List Date: **05/20/2014** | Orig List Price: **$69,900** |
| Area: **106** | List Dt Rec: **05/20/2014** | Sold Price: **$44,000** |
| | | SP Incl: **Yes** |
| | | Parking: |

Address: **1003 Argyle St Unit 1A, Bensenville, Illinois 60106**
Directions: **Rt 83 - One Block North of (19) IRVING PARK, East on Hillside, Left on Marshall, Right on Argyle**

| | | |
|---|---|---|
| | | Lst. Mkt. Time: **110** |
| Closed: **09/26/2014** | Contract: **09/06/2014** | Points: |
| Off Mkt: **09/06/2014** | Financing: **Cash** | Contingency: |
| Year Built: **UNK** | Blt Before 78: **Yes** | Curr. Leased: **No** |
| Dimensions: **COMMON** | | |
| Ownership: **Condo** | Subdivision: | Model: |
| Corp Limits: **Bensenville** | Township: **Leyden** | County: **DuPage** |
| Coordinates: **N:16 W:5** | | # Fireplaces: |
| Rooms: **3** | | Parking: **Exterior Space(s)** |
| Bedrooms: **1** | Bathrooms **1/0** (Full/Half): | # Spaces: **Ext:2** |
| Basement: **None** | Master Bath: **None** | Parking Incl. **Yes** |
| | Bsmnt. Bath: **No** | In Price: |
| Waterfront: **No** | Appx SF: **700** | SF Source: **Estimated** |
| Total Units: **18** | Unit Floor Lvl.: **1** | # Days for |
| # Stories: **1** | | Bd Apprvl: **30** |
| % Own. Occ.: | % Cmn. Own.: | Fees/Approvals: |

Remarks: **NEW Paint, Carpet & Windows. Updated Eat-In Kitchen w Beautiful Cabinets & Flooring. Updated Ceramic Bath! Large BR closet, Coat & Linen Closets. Newer AC. Great Cul-de-sac location. 2 Parking Spaces! This Condo is in Great shape and ready for it's new owner!! Not a SS or FC, can close quickly**

**School Data**
Elementary: **(2)**
Junior High: **(2)**
High School: **(100)**
Other:



| Assessments | Tax | Pet Information |
|---|---|---|
| Amount: **$198** | Amount: **$1,449** | Pets Allowed: **Cats OK, Dogs OK** |
| Frequency: **Monthly** | PIN: **03113080040000** (Map) | |
| Special Assessments: **No** | Tax Year: **2013** | Max Pet Weight: **00** |
| Special Service Area: **No** | Tax Exmps: **Homeowner** | |
| Master Association: **No** | Coop Tax Deduction: | |
| | Tax Deduction Year: | |

| Room Name | Size | Level | Flooring | Win Trmt | Room Name | Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | 16X13 | **Main Level** | **Carpet** | | Master Bedroom | 16X12 | **Main Level** | **Carpet** | |
| Dining Room | | **Not Applicable** | | | 2nd Bedroom | | **Not Applicable** | | |
| Kitchen | 13X11 | **Main Level** | **Wood Laminate** | | 3rd Bedroom | | **Not Applicable** | | |
| Family Room | | **Not Applicable** | | | 4th Bedroom | | **Not Applicable** | | |
| Laundry Room | | | | | | | | | |

Interior Property Features: **Wood Laminate Floors, 1st Floor Bedroom, 1st Floor Full Bath**
Exterior Property Features: **Storms/Screens, End Unit**

| | | |
|---|---|---|
| Age: **Unknown** | Garage Ownership: | Sewer: **Sewer-Storm** |
| Type: **Condo** | Garage On Site: | Water: **Lake Michigan** |
| Exposure: | Garage Type: | Const Opts: |
| Exterior: **Brick** | Garage Details: | General Info: **Interstate Access** |
| Air Cond: **1 (Window/Wall Unit)** | Parking Ownership: | Amenities: **Curbs/Gutters, Sidewalks, Street Lights, Street Paved** |
| Heating: **Gas, Hot Water/Steam** | Parking On Site: **Yes** | |
| Kitchen: **Eating Area-Table Space** | Parking Details: **Assigned Spaces** | Asmt Incl: **Heat, Water, Gas, Common Insurance, Lawn Care, Scavenger, Snow Removal** |
| Appliances: **Oven/Range, Microwave, Refrigerator** | Parking Fee (High/Low): **/** | |
| Dining: | Driveway: **Asphalt** | HERS Index Score: |
| Bath Amn: | Basement Details: **None** | Green Disc: |
| Fireplace Details: | Foundation: | Green Rating Source: |
| Fireplace Location: | Exst Bas/Fnd: | Green Feats: |
| Electricity: | Roof: | Sale Terms: **Conventional** |
| Equipment: | Disability Access: **No** | Possession: **Closing** |
| Additional Rooms: **No additional rooms** | Disability Details: | Est Occp Date: |
| | Lot Desc: **Cul-de-sac** | Management: |
| | | Addl. Sales Info.: **None** |
| | | Agent Owned/Interest: **No** |

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

MLS #: 08620807

Prepared By: Carlo Chirchirillo | Gateway Realty & Builders Inc. | Cell: (708) 372-7501 | Email: carlo@gatewayrealtors.net |
08/26/2015 09:17 PM



**Attached Single** MLS #:**08757009**

| | | |
|---|---|---|
| Status:**CLSD** | List Date:**10/20/2014** | List Price:**$41,500** |
| Area:**106** | List Dt Rec:**10/20/2014** | Orig List Price:**$41,500** |
| | | Sold Price:**$44,000 (F)** |
| | | SP Incl.:**No** |
| | | Parking: |

Address:**924 W Irving Park Rd Unit 106, Bensenville, Illinois 60106**
Directions:**PROPERTY IS LOCATED ON IRVING PARK RD WEST OF S YORK RD.**

| | | |
|---|---|---|
| | | Lst. Mkt. Time:**18** |
| Closed:**11/28/2014** | Contract:**11/06/2014** | Points: |
| Off Mkt:**11/06/2014** | Financing:**Cash** | Contingency: |
| Year Built:**1979** | Blt Before 78:**No** | Curr. Leased:**No** |
| Dimensions:**COMMON** | | |
| Ownership:**Condo** | Subdivision: | Model: |
| Corp Limits:**Bensenville** | Township:**Addison** | County:**DuPage** |
| Coordinates:**N:5 W:18** | | # Fireplaces: |
| Rooms:**3** | Bathrooms**1/0** | Parking:**None** |
| | (Full/Half): | |
| Bedrooms:**1** | Master Bath:**None** | # Spaces:**0** |
| Basement:**None** | Bsmnt. Bath:**No** | Parking Incl.:**No** |
| | | In Price: |
| Waterfront:**No** | Appx SF:**0** | SF Source:**Not Reported** |
| Total Units:**18** | Unit Floor Lvl.:**1** | # Days for |
| # Stories:**3** | | Bd Apprvl:**0** |
| % Own. Occ.: | % Cmn. Own.: | Fees/Approvals: |

Remarks: **Lovely 1 bedroom, 1 bathroom brick condo unit. This main level condo unit is recently updated with fresh interior paint throughout. Living room has carpeted flooring and sliding doors to your patio. Kitchen has ample counter and storage space, an eating area and tile flooring. Spacious master bedroom has plush carpeting and mirrored closet. Well-maintained condo building has landscaped exterior. Come and see today!**

**School Data**
Elementary:**Waterbury (20)**
Junior High:**Spring Wood (20)**
High School:**Fenton (100)**
Other:

| Assessments | Tax | Pet Information |
|---|---|---|
| Amount: **$310** | Amount: **$1,567** | Pets Allowed:**Pet Count Limitation, Pet Weight Limitation** |
| Frequency:**Monthly** | PIN:**0314124038 (Map)** | |
| Special Assessments:**No** | Tax Year: **2012** | |
| Special Service Area:**No** | Tax Exemps: | Max Pet Weight:**20** |
| Master Association:**No** | Coop Tax Deduction: | |
| | Tax Deduction Year: | |

| Room Name Size | Level | Flooring | Win Trmt | Room Name Size | Level | Flooring | Win Trmt |
|---|---|---|---|---|---|---|---|
| Living Room**17X13** | **Main Level** | **Carpet** | | Master Bedroom**17X12** | **Main Level** | **Carpet** | |
| Dining Room | **Not Applicable** | | | 2nd Bedroom | **Not Applicable** | | |
| Kitchen**16X11** | **Main Level** | **Ceramic Tile** | | 3rd Bedroom | **Not Applicable** | | |
| Family Room | **Not Applicable** | | | 4th Bedroom | **Not Applicable** | | |
| Laundry Room | | | | | | | |

Interior Property Features:
Exterior Property Features: **Patio**

| | | |
|---|---|---|
| Age:**31-40 Years, Recent Rehab** | Garage Ownership: | Sewer:**Sewer-Public** |
| Type:**Condo** | Garage On Site: | Water:**Lake Michigan** |
| Exposure: | Garage Type: | Const Opts: |
| Exterior:**Brick** | Garage Details: | General Info:**None** |
| Air Cond:**1 (Window/Wall Unit)** | Parking Ownership: | Amenities:**Sidewalks, Street Lights, Street Paved** |
| Heating:**Gas** | Parking On Site: | |
| Kitchen:**Eating Area-Table Space** | Parking Details: | Asmt Incl:**Water, Gas, Common Insurance, Exterior Maintenance, Lawn Care, Scavenger, Snow Removal** |
| Appliances: | Parking Fee (High/Low): **/** | |
| Dining: | Driveway: | |
| Bath Amn: | Basement Details:**None** | HERS Index Score: |
| Fireplace Details: | Foundation:**Concrete** | Green Disc: |
| Fireplace Location: | Exst Bas/Fnd: | Green Rating Source: |
| Electricity: | Roof: | Green Feats: |
| Equipment: | Disability Access:**No** | Sale Terms: |
| Additional Rooms:**No additional rooms** | Disability Details: | Possession:**Closing** |
| | Lot Desc: | Est Occp Date: |
| | | Management: |
| | | Addl. Sales Info.:**None** |
| | | Agent Owned/Interest:**No** |

Copyright 2015 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

MLS #: 08757009

Prepared By: Carlo Chirchirillo | Gateway Realty & Builders Inc. | Cell: (708) 372-7501 | Email: carlo@gatewayrealtors.net | 08/26/2015 09:17 PM

# Comparables

| | Subject Property | Comp #1 | Adjustment | Comp #2 | Adjustment | Comp #3 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| Address: | 920 W Irving Park Rd. 102 Bensenville, Illinois 60106 | 1003 ARGYLE ST 12A Bensenville, Illinois 60106 | | 100 N MASON ST 105 Bensenville, Illinois 60106 | | 926 W IRVING PARK RD 108 Bensenville, Illinois 60106 | |
| MLS #: | | 08586634 | | 08177978 | | 08451777 | |
| Status: | | CLSD | | CLSD | | CLSD | |
| Unit Number: | 102 | 12A | | 105 | | 108 | |
| List Price: | | $37, 000 | | $40, 000 | | $44, 900 | |
| Sold Price: | | $37, 100 (F) | | $39, 000 (S) | | $40, 000 (F) | |
| Closed Date: | | 07/02/2014 | | 09/27/2013 | | 11/18/2013 | |
| Market Time: | | 30 | | 219 | | 36 | |
| # Rooms: | 3 | 3 | | 4 | | 3 | |
| # Bedrooms: | 1 | 1 | | 1 | | 1 | |
| # Full Baths: | 1 | 1 | | 1 | | 1 | |
| # Half Baths: | | 0 | | 0 | | 0 | |
| Subdivision: | Bensenville Terrace Condominiu | | | Mason Manor | | Bensenville Terrace | |
| Total # Units in Building: | 12 | 24 | | 18 | | 12 | |
| Unit Floor Level: | 1 | 3 | | 1 | | 1 | |
| Approx Sq Ft: | 600 | 762 | | 0 | | 0 | |
| Assessment/Association Dues $: | 325 | $243 | | $277 | | $325 | |
| Type Attached: | Condo | Condo | | Condo | | Condo | |
| Dining Room: | | | | | | | |
| Living Room Size: | 19x13 | 19X13 | | 19X15 | | 16X13 | |
| Master Bedroom Size: | 16x12 | 16X12 | | 14X13 | | 16X12 | |
| Model: | | | | | | | |
| Garage Details: | Garage Door Opener(s), Transmitter(s) | | | | | | |
| Parking Details: | | | | Assigned Spaces, Off Street | | | |
| Age: | 31-40 Years | 51-60 Years | | 31-40 Years | | 41-50 Years | |
| Exterior Building Type: | Brick | Brick | | Brick | | Brick | |
| Elementary Sch Dist: | 2 | 2 | | 2 | | 20 | |
| High Sch Dist: | 100 | 100 | | 100 | | 100 | |
| Short Sale/Foreclosed/Court Approved: | | F | | S | | F | |
| Total Adjustments: | | **$0** | | **$0** | | **$0** | |
| Adjusted Price: | | **$37100** | | **$39000** | | **$40000** | |

Prepared By: Carlo Chirchirillo Gateway Realty &Builders Inc.

## Comparables (continued)

|  | Subject Property | Comp #4 | Adjustment | Comp #5 | Adjustment |
|---|---|---|---|---|---|
|  | No Photo Available |  |  |  |  |
| Address: | 920 W Irving Park Rd. 102 Bensenville, Illinois 60106 | 1003 ARGYLE ST 1A Bensenville, Illinois 60106 |  | 924 W Irving Park RD 106 Bensenville, Illinois 60106 |  |
| MLS #: |  | 08620807 |  | 08757009 |  |
| Status: |  | CLSD |  | CLSD |  |
| Unit Number: | 102 | 1A |  | 106 |  |
| List Price: |  | $54, 900 |  | $41, 500 |  |
| Sold Price: |  | $44, 000 |  | $44, 000 (F) |  |
| Closed Date: |  | 09/26/2014 |  | 11/28/2014 |  |
| Market Time: |  | 110 |  | 82 |  |
| # Rooms: | 3 | 3 |  | 3 |  |
| # Bedrooms: | 1 | 1 |  | 1 |  |
| # Full Baths: | 1 | 1 |  | 1 |  |
| # Half Baths: |  | 0 |  | 0 |  |
| Subdivision: | Bensenville Terrace Condominiu |  |  |  |  |
| Total # Units in Building: | 12 | 18 |  | 18 |  |
| Unit Floor Level: | 1 | 1 |  | 1 |  |
| Approx Sq Ft: | 600 | 700 |  | 0 |  |
| Assessment/Association Dues $: | 325 | $198 |  | $310 |  |
| Type Attached: | Condo | Condo |  | Condo |  |
| Dining Room: |  |  |  |  |  |
| Living Room Size: | 19x13 | 16X13 |  | 17X13 |  |
| Master Bedroom Size: | 16x12 | 16X12 |  | 17X12 |  |
| Model: |  |  |  |  |  |
| Garage Details: | Garage Door Opener(s), Transmitter(s) |  |  |  |  |
| Parking Details: |  | Assigned Spaces |  |  |  |
| Age: | 31-40 Years | Unknown |  | 31-40 Years |  |
| Exterior Building Type: | Brick | Brick |  | Brick |  |
| Elementary Sch Dist: | 2 | 2 |  | 20 |  |
| High Sch Dist: | 100 | 100 |  | 100 |  |
| Short Sale/Foreclosed/Court Approved: |  | N/A |  | F |  |
| Total Adjustments: |  |  | $0 |  | $0 |
| Adjusted Price: |  |  | $44000 |  | $44000 |

Prepared By: Carlo Chirchirillo Gateway Realty &Builders Inc.

# Seller's Statement
## Property At:

**Prepared For: Gary and Janet Collins**

**Suggested Market Range:  $40,000  *to*  $44,000**

B6B (Official Form 6B) (12/07)

IN RE **Collins, Gary Robert & Collins, Janet E.**                          Case No. _____
_____
Debtor(s)                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Alliant Credit Union - checking account | W | 17.00 |
| | | Alliant credit union - savings | W | 33.00 |
| | | BMO Harris - Checking account | J | 2,500.00 |
| | | MB Financial - Checking account | J | 24.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | 2 TVs, 2 DVD players, work bench, entertainment center, TV stand, recliner, couch, loveseat, 3 book shelves, washer, dryer, king bedroom set, kitchen table and chairs, refrigerator, twin bed and mattress, various lamps and light fixtures, curio cabinet, lawn mower, various women's leather accessories, above-ground pool | J | 3,145.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Miscellaneous used clothing | J | 500.00 |
| 7.  Furs and jewelry. | | Wedding rings and miscellaneous used jewelry items | J | 1,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Life insurance policy through employer - no cash value | W | 0.00 |

© 2015 CINgroup 1.866.218.1003 – CINcompass.com (www.cincompass.com)

B6B (Official Form 6B) (12/07) Cont.

IN RE <u>Collins, Gary Robert & Collins, Janet E.</u>                          Case No. _____
      Debtor(s)                                                                                      (If known)

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Estimated pro-rated share of 2015 income tax refund (estimated total refund is $900)** | J | 750.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Mitsubishi Galant LS 4dr Sedan (2.4L 4cyl 4A)**<br>**2002 Toyota RAV4 4WD 4dr SUV (2.0L 4cyl 4A)** | J<br>J | 1,761.00<br>2,817.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 conference tables, 2 desktop computers, laptop PC, file cabinet, 2 computer chairs and computer desk** | J | 395.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Collins, Gary Robert & Collins, Janet E.**                                    Case No. _____
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Sharps Carbine** | J | 1,500.00 |
| | | | **TOTAL** | **14,992.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **2** continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Vehicle Appraisal

Page 1 of 1



866 218 1003 tel
www.CINlegal.com

## Edmunds.com Used Vehicle Appraisal

**DATE:** 10/26/2015

### VEHICLE INFORMATION:

**YEAR:** 2002  **CONDITION:** Average

**MAKE:** Toyota  **MILEAGE:** 132000

**MODEL:** RAV4  **ZIP CODE:** 60634

**STYLE:** 4WD 4dr SUV (2.0L 4cyl 4A)

**OPTIONS:**

|  | RETAIL | TRADE IN | PRIVATE PARTY |
|---|---|---|---|
| **Edmunds.com TMV®** | **$3,580.00** | **$2,363.00** | **$2,817.00** |

*The Edmunds.com TMV® (Edmunds.com True Market Value®) price is Edmunds.com's determination of the current average base ["dealer retail"] ["private party"] ["dealer trade-in"] price in the area indicated by the Zip Code provided, unadjusted for color or any options. (If no Zip Code was provided, this price is the national price.)*

DATA PROVIDED BY edmunds.com

TMV® prices are copyrighted by Edmunds.com, Inc., which reserves all rights. Edmunds®, Edmunds.com True Market Value® and TMV® are registered trademarks of Edmunds.com, Inc. Edmunds.com, Inc. is not affiliated with this website or app.

Vehicle Appraisal

Page 1 of 1



866 218 1003 tel
www.CINlegal.com

## Edmunds.com Used Vehicle Appraisal

**DATE:** 10/28/2015

### VEHICLE INFORMATION:

**YEAR:** 2002

**MAKE:** Mitsubishi

**MODEL:** Galant

**STYLE:** LS 4dr Sedan (2.4L 4cyl 4A)

**OPTIONS:**

**CONDITION:** Rough

**MILEAGE:** 92000

**ZIP CODE:** 60634

|  | RETAIL | TRADE IN | PRIVATE PARTY |
|---|---|---|---|
| **Edmunds.com TMV®** | **$2,295.00** | **$1,439.00** | **$1,761.00** |

*The Edmunds.com TMV® (Edmunds.com True Market Value®) price is Edmunds.com's determination of the current average base ["dealer retail"] ["private party"] ["dealer trade-in"] price in the area indicated by the Zip Code provided, unadjusted for color or any options. (If no Zip Code was provided, this price is the national price.)*

DATA PROVIDED BY edmunds.com

TMV® prices are copyrighted by Edmunds.com, Inc., which reserves all rights. Edmunds®, Edmunds.com True Market Value® and TMV® are registered trademarks of Edmunds.com, Inc. Edmunds.com, Inc. is not affiliated with this website or app.

B6C (Official Form 6C) (04/13)

IN RE Collins, Gary Robert & Collins, Janet E. _____    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **3248 N Oleander Ave, Chicago, IL 60634-3229**<br>**2 bedroom, 1 bathroom single family house.** | **735 ILCS 5/12-901** | **30,000.00** | **215,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Alliant Credit Union - checking account** | **735 ILCS 5/12-1001(b)** | **17.00** | **17.00** |
| **Alliant credit union - savings** | **735 ILCS 5/12-1001(b)** | **33.00** | **33.00** |
| **BMO Harris - Checking account** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **MB Financial - Checking account** | **735 ILCS 5/12-1001(b)** | **24.00** | **24.00** |
| **2 TVs, 2 DVD players, work bench, entertainment center, TV stand, recliner, couch, loveseat, 3 book shelves, washer, dryer, king bedroom set, kitchen table and chairs, refrigerator, twin bed and mattress, various lamps and light fixtures, curio cabinet, lawn mower, various women's leather accessories, above-ground pool** | **735 ILCS 5/12-1001(b)** | **2,376.00** | **3,145.00** |
| **Miscellaneous used clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Wedding rings and miscellaneous used jewelry items** | **735 ILCS 5/12-1001(b)** | **750.00** | **1,500.00** |
| **Estimated pro-rated share of 2015 income tax refund (estimated total refund is $900)** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **2002 Mitsubishi Galant LS 4dr Sedan (2.4L 4cyl 4A)** | **735 ILCS 5/12-1001(c)** | **1,983.00** | **1,761.00** |
| **2002 Toyota RAV4 4WD 4dr SUV (2.0L 4cyl 4A)** | **735 ILCS 5/12-1001(c)** | **2,817.00** | **2,817.00** |
| **2 conference tables, 2 desktop computers, laptop PC, file cabinet, 2 computer chairs and computer desk** | **735 ILCS 5/12-1001(d)** | **395.00** | **395.00** |
| **Sharps Carbine** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6D (Official Form 6D) (12/07)

**IN RE** Collins, Gary Robert & Collins, Janet E.      Case No. _____
_____
Debtor(s)                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3723**<br><br>**BMO Harris Bank**<br>**PO Box 367**<br>**Arlington Heights, IL  60006-0367** | | J | **2007-08-15**<br>**2007-08-15**<br>**First Mortgage**<br><br>VALUE $ **215,000.00** | | | | **220,838.30** | **5,838.30** |
| ACCOUNT NO. **1639**<br><br>**Seterus**<br>**PO Box 2008**<br>**Grand Rapids, MI  49501-2008** | X | J | **2005-10-27**<br>**2005-10-27**<br>**First Mortgage**<br><br>VALUE $ **44,000.00** | | | | **83,131.34** | **39,131.34** |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **303,969.64** | $ **44,969.64** |
| Total<br>(Use only on last page) | $ **303,969.64** | $ **44,969.64** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13)

IN RE Collins, Gary Robert & Collins, Janet E.                    Case No. _____
_____
             Debtor(s)                                                   (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6F (Official Form 6F) (12/07)**

**IN RE** Collins, Gary Robert & Collins, Janet E.                    Case No. _____
_____                                        _____
Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1008**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX  79998-1535** | | J | **Credit card purchases**<br>**2010-2015**<br>**2010-2015** | | | | **19,008.05** |
| ACCOUNT NO. **0177**<br><br>**Chase Slate**<br>**Cardmember Service**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | J | **Credit card purchases**<br>**2010-2015**<br>**2010-2015** | | | | **24,558.59** |
| ACCOUNT NO. **5481**<br><br>**Chase United Plus Visa**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | J | **Credit card purchases**<br>**2010-2015**<br>**2010-2015** | | | | **20,073.04** |
| ACCOUNT NO. **4789**<br><br>**Discover Financial Services, LLC**<br>**Great Lakes Educational Loan Svcs**<br>**PO Box 7860**<br>**Madison, WI  53707-7860** | X | J | **Student Loan**<br>**2009**<br>**2009** | | | | **7,358.02** |

_____ **0** continuation sheets attached

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | $ **70,997.70** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **70,997.70** |

© 2015 CINgroup 1.866.218.1003 – CINcompass.com (www.cincompass.com)

B6G (Official Form 6G) (12/07)

IN RE **Collins, Gary Robert & Collins, Janet E.** _____ Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

**IN RE** Collins, Gary Robert & Collins, Janet E. _____ Case No. _____
                                Debtor(s)                                            (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edith Pujanek**<br>**920 W Irving Park Rd Apt 102**<br>**Bensenville, IL  60106-1837**<br><br>**Jaclyn Collins**<br>**2936 W Grand Reserve Cir # 935**<br>**Clearwater, FL  33759** | **Seterus**<br>**PO Box 2008**<br>**Grand Rapids, MI  49501-2008**<br><br>**Discover Financial Services, LLC**<br>**Great Lakes Educational Loan Svcs**<br>**PO Box 7860**<br>**Madison, WI  53707-7860** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary Robert Collins** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Janet E. Collins** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |

United States Bankruptcy Court for the: Northern District of Illinois, Eastern Division

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | _____ | **Customer care representative** |
| Employer's name | _____ | **United Airlines** |
| Employer's address | _____<br>Number    Street | **PO Box 4607**<br>Number    Street |
| | _____<br>_____ | _____ |
| | _____<br>City    State    ZIP Code | **Houston, TX  77210-4607**<br>City    State    ZIP Code |
| How long employed there? | _____ | **26 years** |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **0.00** | $ **3,016.39** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ **0.00** | + $ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ **0.00** | $ **3,016.39** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Debtor 1    **Gary Robert Collins**
First Name    Middle Name    Last Name

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .......................................................➔ | 4. | $ 0.00 | $ 3,016.39 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 439.17 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 87.38 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 476.04 |
| 5e. Insurance | 5e. | $ 0.00 | $ 537.59 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 1,540.18 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1,476.21 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 1,590.33 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,590.33 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,590.33 + $ 1,476.21 = | $ 3,066.54 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 3,066.54

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:    None

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary Robert Collins** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Janet E. Collins** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Northern District of Illinois, Eastern Division

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**        ☑ No
   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent..........................
   Do not state the dependents'
   names.

   | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | | _____ | _____ | ☐ No  ☐ Yes |
   | | _____ | _____ | ☐ No  ☐ Yes |
   | | _____ | _____ | ☐ No  ☐ Yes |
   | | _____ | _____ | ☐ No  ☐ Yes |
   | | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**        ☐ No        ☑ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ _____1,839.44_____ |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ _____0.00_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ _____88.00_____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ _____50.00_____ |
| 4d | Homeowner's association or condominium dues | 4d. | $ _____0.00_____ |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Debtor 1    **Gary Robert Collins** _____      Case number *(if known)* _____

     First Name     Middle Name     Last Name

| | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans     5.    $ **0.00**

6. **Utilities:**

   6a.   Electricity, heat, natural gas     6a.   $ **295.00**

   6b.   Water, sewer, garbage collection     6b.   $ **70.00**

   6c.   Telephone, cell phone, Internet, satellite, and cable services     6c.   $ **265.00**

   6d.   Other. Specify: _____     6d.   $ **0.00**

7. **Food and housekeeping supplies**     7.   $ **800.00**

8. **Childcare and children's education costs**     8.   $ **0.00**

9. **Clothing, laundry, and dry cleaning**     9.   $ **0.00**

10. **Personal care products and services**     10.   $ **20.00**

11. **Medical and dental expenses**     11.   $ **25.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.     12.   $ **75.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.   $ **8.00**

14. **Charitable contributions and religious donations**     14.   $ **0.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance     15a.   $ **0.00**

   15b.   Health insurance     15b.   $ **0.00**

   15c.   Vehicle insurance     15c.   $ **100.00**

   15d.   Other insurance. Specify: _____     15d.   $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____     16.   $ **0.00**

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1     17a.   $ **0.00**

   17b.   Car payments for Vehicle 2     17b.   $ **0.00**

   17c.   Other. Specify: _____     17c.   $ **0.00**

   17d.   Other. Specify: _____     17d.   $ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**     18.   $ **0.00**

19. **Other payments you make to support others who do not live with you.**
Specify: _____     19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.   Mortgages on other property     20a.   $ **0.00**

   20b.   Real estate taxes     20b.   $ **0.00**

   20c.   Property, homeowner's, or renter's insurance     20c.   $ **2.00**

   20d.   Maintenance, repair, and upkeep expenses     20d.   $ **0.00**

   20e.   Homeowner's association or condominium dues     20e.   $ **0.00**

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Debtor 1   **Gary Robert Collins** _____   Case number *(if known)* _____
First Name   Middle Name   Last Name

| | | |
|---|---|---|
| 21. **Other**. Specify: _____ | 21. | +$ _____ **0.00** _____ |

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

22.   $ _____ **3,637.44** _____

23. **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a.   $ _____ **3,066.54** _____

23b.   Copy your monthly expenses from line 22 above.

23b.   − $ _____ **3,637.44** _____

23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*

23c.   $ _____ **-570.90** _____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   **None**

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6 Declaration (Official Form 6 - Declaration)  (12/07)

**IN RE** Collins, Gary Robert & Collins, Janet Edith

Case No.

Debtor(s)                                                                                           (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       **46** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  10/30/15        Signature:  _Gary R Collins_
                                    **Gary R. Collins**                                              Debtor

Date:  10/30/15        Signature:  _Janet Collins_
                                    **Janet Collins**                                       (Joint Debtor, if any)

[If joint case, both spouses must sign.]

___

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                     Social Security No. (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.

Address

Signature of Bankruptcy Petition Preparer                                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

___

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the                                              (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the

(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date:                        Signature:

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 2015 CINgroup 1.860.216.1003 – CINcompass.com (www.cincompass.com)

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                    Case No. _____

**Collins, Gary Robert & Collins, Janet E.** _____        Chapter **7** _____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐      including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this
       case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that
       maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the
       beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
       under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

       AMOUNT    SOURCE
       80,924.00  **Husband & Wife - 2015 - Income from employment - estimated YTD**

       105,657.00  **Husband & Wife - 2014 Income from employment - estimated**

       100,593.00  **Husband & Wife - 2013 income from employment - estimated**

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☐      **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse
       separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

       AMOUNT    SOURCE
       990.00  **Husband - 2015 unemployment compensation**

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑      debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
       constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
       a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
       counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gustafson Legal P.C.**<br>**2906 Central St Ste 184**<br>**Evanston, IL  60201-1283** | **10/22/2015** | **$1,750.00** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Discover Card**<br>**PO Box 30943**<br>**Salt Lake City, UT  84130-0943**<br>**NA** | **9/2015** | **$1005.24** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Leroy Collins** | **Checking and savings account.**<br>**$85,000.00** | **Bank of America , , ,** |

**Husband holds bare legal title, jointly, with his elderly father on his father's checking and savings accounts.  Husband assists his father, from time to time, in paying his bills and managing his finances.  Husband has never exercised ownership and control over these accounts and has not deposited any money into the accounts.  This is a resulting trust situation with Husband, debtor, as trustee for the benefit of his father and owner, Leroy Collins.**

| | | |
|---|---|---|
| **Edith Pujanek** | **Checking account**<br>**$200.00** | **First Midwest Bank, fka**<br>**Banco Popular, , ,** |

**Wife holds bare legal title as joint owner of her elderly mother's bank account.  Wife has not exercised ownership or control over the account.  She is on the account only to assist her elderly mother in paying bills.  Wife has not deposited any money into the account other than to provide support and maintenance to her elderly mother when necessary.**

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 2015 CINgroup 1.866.218.1003 – CINcompass.com (www.cincompass.com)

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date:  10/30/15        Signature    *Gary R Collins*
of Debtor                                                    **Gary R. Collins**

Date:  10/30/15        Signature    *Janet Collins*
of Joint Debtor                                            **Janet Collins**
(if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 2015 CINgroup 1.866.216.1003 – CINcompass (www.cincompass.com)

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                          Case No.

Collins, Gary Robert & Collins, Janet Edith                    Chapter **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>BMO Harris Bank | **Describe Property Securing Debt:**<br>3248 N Oleander Ave, Chicago, IL 60634-3229 |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain                              (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>Seterus | **Describe Property Securing Debt:**<br>920 W Irving Park Rd Apt 102, Bensenville, IL 60106-1837 |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain                              (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

_____ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:   10/30/15

                    *Gary R Collins*
                    Signature of Debtor

                    *Janet Collins*
                    Signature of Joint Debtor

© 2015 CINgroup 1-866-218-1003 – CINcompass (www.cincompass.com)

## United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

**IN RE:**                                                        Case No. _____

**Collins, Gary Robert & Collins, Janet E.** _____   Chapter **7** _____
<div align="center">Debtor(s)</div>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____**1,750.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____**1,750.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**October 30, 2015**_____        **/s/ Richard K. Gustafson, II** _____
<div align="center">Date</div>

Richard K. Gustafson, II 6216179
Gustafson Legal P.C.
2906 Central St Ste 184
Evanston, IL  60201-1283
(844) 558-5413
rickg@gustafsonlc.com

</div>

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

## GUSTAFSON LEGAL, PC

## BANKRUPTCY SERVICES AGREEMENT

I. PARTIES & PURPOSE: This is an agreement for legal services entered into on the date shown below between Gustafson Legal, PC and the individual (or married couple) indicated below (hereinafter "Client") relating to legal services in relation to bankruptcy and debt relief. GL is a debt relief agency and law firm that files bankruptcy cases on behalf of its clients. **GL IS NOT PROVIDING LEGAL SERVICES IN RELATION TO THE DEFENSE OF COLLECTION SUITS.**

II. CLIENT OBLIGATIONS:

• Active Participation and Communication. Client agrees to actively participate and communicate with any and all GL staff during the duration of the bankruptcy case. This includes immediately providing updated contact information, documentation, and any changes to Client's financial situation including, but not limited to, any state court hearing dates or foreclosure sale notices. Client's signature on this Contract shall be authorization for GL to file a bankruptcy petition for Client via the Bankruptcy Court's electronic filing system and all other subsequent filings through the Bankruptcy Court's electronic filing system. Client agrees that GL or any of its affiliates may send documents, and/or correspondence via email or first class mail. Client also agrees that GL or any of its affiliates can contact Client at any reasonable time in GL's sole discretion via email, text message, telephone, or postal mail.

• Payment of Attorney Fees and Costs. Client agrees to pay a "flat fee" of **$1,750.00 plus costs** for representation in a Chapter 7 bankruptcy case prior to the filing of a bankruptcy case.

Client acknowledges that Client will not have the protection of the Automatic Stay in Bankruptcy pursuant to 11 U.S.C. §362 until the bankruptcy case is filed with the United States Bankruptcy Court Clerk's office. **There may be additional fees charged by GL for delays** caused by the Client, including Client's failure to pay fees in a timely manner, and failure to timely provide information and/or paperwork. Client expressly agrees that funds paid will be deposited in GL's operating account and are the property of GL upon receipt.

Costs include a **court filing fee** totaling **$335.00 (subject to change)** and the costs associated with credit reports, credit counseling sessions, financial management course, and other costs that could include photocopying, express mailing, postage, or other reasonable and customary costs. Client has the option of paying GL an hourly rate for the representation, but has chosen the flat fee which is appropriate because the fees are certain and are usually less than if the client paid an hourly rate. GL's customary hourly rate for attorney time is $350 per hour and $100 per hour for paralegal services. All fees paid are the property of the attorney and will be deposited into GL's operating account and are **earned upon receipt**, subject to refund only as provided in Section IV. Additional fees may be applicable as described in Section III of this Agreement. Advance payment of costs may be held in a safe deposit box, a locked safe, a trust account, or any other secure place in GL's sole discretion until incurred and used to reimburse GL for payment. _____ **Client Initials**

Dishonored payments incur a fee of $30 + any additional fees and costs incurred by GL as a result of dishonored or stopped payments. Failure to pay can result in an immediate termination of the attorney-client relationship (see Section IV). Client agrees that GL may retain counsel to collect any balances due and will be responsible for payment of any reasonable collection costs and fees, not less than $400. Client expressly agrees that **fees tendered to GL by personal check may be**

**converted and processed as ACH transactions**.  GL agrees to pursue third parties who may be liable for payment of fees, but failure of GL to collect from third parties does not relieve Client of responsibility for payment.  Client agrees that non-basic services are billed at the firm's customary hourly rate as described in Section IV.  Billable hourly rates are subject to change.  Some non-basic services may be provided at a flat fee rate, as agreed between the parties (see Section III).

• Full Disclosure.  Client agrees to truthfully, completely and accurately disclose **all** assets and their value, liabilities and their amount, income, and expenses to GL and on any and all bankruptcy paperwork.  In addition, client agrees to accurately answer any and all questions posed by GL and/or a representative or agent of the United States Trustee or as otherwise provided by law.

• Provide Documentation & Follow Instructions.  Client agrees to provide copies of any and all documentation requested by GL in a timely and organized manner.  Client expressly acknowledges and agrees that GL has duties to the Court that require GL to reasonably seek documentary evidence that supports Client's factual contentions before GL can sign off and file bankruptcy paperwork with the court.  Such documentation includes, but is not limited to:  pay advices for the six month time period before the filing of the bankruptcy case (client acknowledges that since the case may not be filed immediately upon the signing of this contract that the six month time period changes as time passes), tax returns, property appraisals, recorded deeds (if applicable), recorded mortgages (if applicable), non-filing spouse's (or household member's) pay advices, and any other relevant information requested.  Client further agrees that he/she will read and follow all Instructions provided to Client and incorporated by reference and made a part of this Contract for services.

III. LAW FIRM OBLIGATIONS:

• Best Efforts:  In consideration for Client's obligations as stated in Section III, GL agrees to use its best efforts to obtain a satisfactory result for Client by providing basic legal services in connection with a bankruptcy case on an efficient and cost-effective basis.  Client expressly agrees that GL **makes no guarantee regarding the outcome of the bankruptcy case**, including but not limited to, ability and qualification for filing, successful discharge of any particular debt, and/or whether or not GL can successfully reduce the balance of secured liens.   GL offers its advice based on the information as disclosed by Client and Client agrees that GL is not responsible and assumes no liability for changes in the law, changes in Client's financial situation, and/or facts as revealed after review of documentation that could affect in any way any legal advice an agent of GL gives Client.

• Provide Basic Bankruptcy Services:  GL, in consideration for Client's obligations as stated in Section III, agrees to provide basic legal services as required to file a Chapter 7 Bankruptcy case. Basic legal services include, but are not limited to: pre-filing advice and counsel to Client; advice during the case concerning the nature and effect of the applicable bankruptcy rules; exemption advice and planning; preparation and filing of a bankruptcy petition; preparation and filing of schedules and statements as required by bankruptcy statutes, rules, local rules, and any applicable standing orders of courts of competent jurisdiction; representation at the meeting of creditors pursuant to §341 of the Bankruptcy Code; submitting information pursuant to requests from the trustee, including submitting information in response to case audits requested by the United States Trustee; negotiation and counsel in relation to reaffirmation agreements pursuant to 11 U.S.C. §524; and other regular and routine services not specifically stated, including additional terms as may be described in Section VIII, if applicable.  Client expressly agrees that in Chapter 7, GL will not file the bankruptcy petition and schedules with the court until all fees and costs have been paid in full.  In addition, GL will not file the bankruptcy case with the court until all required documentation has been provided; all required documents are timely signed, reviewed, and verified.

Client further agrees that the above-described fees cover basic services only.  There may be

**additional fees for non-basic services** in addition to those disclosed above. Subject to the applicability of any local rules, standing orders, or additional contracts, non-basic services for which additional fees may apply include, but are not limited to: **Adversary proceedings** pursuant to 11 U.S.C. §523 or §727; **motions to dismiss** for client's failure to attend court hearings or failure to provide requested documentation; **actions to enforce the automatic stay** pursuant to 11 U.S.C. §362; **actions to enforce the discharge injunction; Rule 2004 Examinations; depositions; interrogatories** or other discovery proceedings; **contested objections to confirmation of a Chapter 13 plan; amended creditor schedules; amended asset and/or income/expense schedules** due to Client's failure to provide full disclosure; **document retrieval services; facilitation** of credit counseling and/or financial management courses; **post-discharge** services; **appraisal** services; **contested matters; rescheduled §341 meetings** because of Client's failure to appear at a scheduled meeting; **motions to avoid liens** (typically $350 per motion); **proceedings to strip mortgages when applicable;** and **motions for redemption** pursuant to 11 U.S.C. §722 (typically $600); **conversion** of a case from one chapter to another (requires an additional in-person meeting and results in additional reasonable fees and costs as mutually agreed); and/or proceedings to **reopen** a closed case for any reason.

\*IV. TERMINATION OF SERVICES (Refund Policy): Either party may terminate services at will for any reason by giving written notice. In the event of termination prior to the completion of the case, Client may be entitled to a refund of part of the nonrefundable fee as provided in applicable rules of professional conduct. The factors considered include: time spent, including time spent answering telephone calls, processing, organizing, and responding to any correspondence; case status; case progress; and the amount of work remaining to complete the case. Analysis of time is calculated in tenths of an hour increments, rounded up to the next tenth of an hour. Attorney time is billed at $350.00 per hour. Non-attorney professional time is worth $100 per hour. Hourly rates are subject to periodic review and revision. Refunds, if any, will be sent to Client at Client's last known address within a reasonable amount of time. In the event Client is deceased or incapacitated, or if the fee was paid by a third party, refunds, if any, are the property of the Client and will only be released to the Client or an authorized representative of the Client's estate. In the event Client terminates services after a bankruptcy case has been filed, GL is given a reasonable time to file withdrawal and/or substitution of counsel documents with the clerk of court. GL expressly reserves the right to enforce a previous award of fees and to seek payment of any outstanding balance of legal fees. The parties expressly agree that GL's representation automatically terminates upon the closing of the case by the Clerk of Court. Client expressly agrees that GL is authorized to contact Client in the future, even after the conclusion of the case via mail, telephone, electronic mail or text message regarding any future GL products and/or services.

V. LIMITED POWER OF ATTORNEY: Client expressly agrees that signature on this contract grants GL a Limited Power of Attorney for the purposes of carrying out the bankruptcy representation. Such power includes, but is not limited to, the power to obtain Client's tax returns or transcripts from either the IRS or any person or entity consulted in regards to tax preparation; the ability to obtain information and discuss Client's situation with any of Client's secured creditors; and in the event the bankruptcy is dismissed or converted prior to completion, GL may apply funds on hand with the Chapter 13 trustee that would otherwise be forwarded to Client towards the balance owed GL, if any, and/or the Chapter 7 fee, if applicable, by granting GL the right to endorse Client's name upon checks from the trustee. GL will provide an accounting of all funds received from the trustee and applied.

VI. RETENTION AND DISPOSITION OF RECORDS: GL retains only electronic records and will retain records for at least (5) years. GL encourages Client to keep and maintain copies of all bankruptcy related matters. Client may request a copy of the file by sending a written request. GL reserves the right to charge a reasonable retrieval and duplication fee of $35 plus photocopying charges.

**VII. RECEIPT OF MANDATORY NOTICE AND DISCLOSURE:**  The Bankruptcy Abuse and Prevention and Consumer Protection Act of 2005 requires GL to provide mandatory notices/disclosures to Client.  Your signature on this contract is an acknowledgement that Client has received, read and understood the two (2) separate documents entitled "§527(a) Disclosure," and "Important Information About Bankruptcy Assistance Services From an Attorney or Bankruptcy Petition Preparer."

**VIII.    ENTIRE AGREEMENT:**  The entire contract between the Parties is contained in this Agreement.  Parties agree to all of the terms and conditions set forth herein and acknowledge that they have read and understand this Agreement.  In the event Client is filing a case in a jurisdiction where the local bankruptcy court has adopted any rule, procedure or general order regarding the relationship between the Attorney and the Client, then such rule, procedure, Court Order, "Rights & Responsibilities Agreement," or "Model Retention Agreement" and its corresponding rights and obligations is specifically incorporated by reference into this Agreement, is made a part hereof as additional terms, and both parties understand they must comply with its terms which controls over all provisions of this contract.  Client signature on this document serves as an acknowledgement and agreement by Client that Client has been informed of such a rule, procedure, Order, "Rights and Responsibilities Agreement," or "Model Retention Agreement" and has agreed to be bound by its additional terms and conditions.  In the event provisions of this Agreement contradict with the provisions in any Rule, Procedure, Court Order, "Rights & Responsibilities Agreement," and/or "Model Retention Agreement" the provisions of the Rule, Procedure, Court Order, "Rights & Responsibilities Agreement"or"Model Retention Agreement' would control.

**IX. SEVERABILITY:**  In the event any provision of this agreement is found to be unenforceable for any reason by a court of competent jurisdiction, only the offending clause shall be stricken from the agreement and the remainder of the agreement shall remain in full force and effect.

**I/We hereby agree to and acknowledge all of the terms above and I/we retain and authorize GL to file a bankruptcy on my/our behalf:**

CHAPTER 7

X _____     DATE __10/23/15__
        Debtor

X _____
        Joint Debtor

X _____
        Attorney

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                            Case No.

Collins, Gary Robert & Collins, Janet Edith                      Chapter 7
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

                                         Number of Creditors        6

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    10/30/15              _Gary R Collins_
                    Debtor

                    _Janet Collins_
                    Joint Debtor

© 2015 CINgroup 1 866.218.1003 – CINcompass (www.cincompass.com)

American Express
PO Box 981535
El Paso, TX   79998-1535


BMO Harris Bank
PO Box 367
Arlington Heights, IL   60006-0367


Chase Slate
Cardmember Service
PO Box 15298
Wilmington, DE   19850-5298


Chase United Plus Visa
PO Box 15298
Wilmington, DE   19850-5298


Discover Financial Services, LLC
Great Lakes Educational Loan Svcs
PO Box 7860
Madison, WI   53707-7860


Seterus
PO Box 2008
Grand Rapids, MI   49501-2008

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

      Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

      **Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

      Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

      **Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

      **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.